BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOZANO

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO LOZANO,<br><br>　　　　Defendant. | No. CR-05-0773 JW **(PVT)**<br><br>STIPULATION TO CONTINUE SENTENCING AND **[PROPOSED]** ORDER |

　　　Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, September 10, 2007, at 1:30p.m., be continued to Monday, November 05, 2007, at 1:30p.m.

　　　The continuance is being requested due to a safety valve proffer hearing that is currently scheduled for September 25, 2007.

Dated: 08/31/07　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　NICHOLAS P. HUMY
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Dated: 08/31/07　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　SHAWNA YEN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIP AND [PROP] ORDER TO CONTINUE
SENTENCING　　　　　　　　　　　　　　　1

## ORDER AS MODIFIED

The parties have jointly requested a continuance of the sentencing hearing set for September 10, 2007.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 10, 2007 be continued to November 5, 2007 at 1:30p.m. This is the parties' last request for continuance. The parties shall make further requests for continuance on the record.

Dated:   Sept. 5, 2007

_____
JAMES WARE
United States District Judge

STIP AND [PROP] ORDER TO CONTINUE
SENTENCING                                  2