BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-0773 JW **(PVT)** |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND **[PROPOSED]** |
| vs. | ) | ORDER |
| | ) | |
| ANTONIO LOZANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, November 05, 2007, at 1:30p.m., be continued to Monday, November 19, 2007, at 1:30p.m.

The continuance is being requested due to the unavailability of defense counsel.

Dated: 11/01/07                                                _____/s/_____
                                                                           NICHOLAS P. HUMY
                                                                           Assistant Federal Public Defender


Dated: 11/02/07                                                _____/s/_____
                                                                           SHAWNA YEN
                                                                           Assistant United States Attorney

**ORDER**

STIP AND [PROP] ORDER TO CONTINUE
SENTENCING                                                                    1

1 | The parties have jointly requested a continuance of the sentencing hearing set for
2 | November 05, 2007.
3 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
4 | presently set for November 05, 2007 be continued to November 19, 2007 at 1:30p.m.
5 | Further requests for continuance shall be made on the record.
6 |
7 | Dated:    November 2, 2007                              _____
8 |                                                          JAMES WARE
  |                                                          United States District Judge

13 |                                                          CC: United States Probation

STIP AND [PROP] ORDER TO CONTINUE
SENTENCING                                    2