BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-0773 JW **(PVT)** |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND [PROPOSED] |
| vs. | ) | ORDER |
| | ) | |
| ANTONIO LOZANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, November 19, 2007, at 1:30p.m., be continued to Monday, December 10, 2007, at 1:30p.m.

The continuance is being requested because defense counsel's recent schedule has prevented him from preparing a sentencing memorandum.

Dated: 11/15/07                                            _____/s/_____
                                                                        NICHOLAS P. HUMY
                                                                        Assistant Federal Public Defender

STIP AND [PROP] ORDER TO CONTINUE
SENTENCING                                                         1

1  Dated: 11/15/07                                    _____/s/_____
                                                       SHAWNA YEN
2                                                      Assistant United States Attorney

3                                              **ORDER**

4       The parties have jointly requested a continuance of the sentencing hearing set for

5  December 10, 2007.

6       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

7  presently set for November 19, 2007 be continued to December 10, 2007 at 1:30p.m.

8  This is the parties' final request for continuance.  Further request shall be made on the Court's
   record.
9

10 Dated:    November 16, 2007                         _____
                                                       JAMES WARE
11                                                     United States District Judge

STIP AND [PROP] ORDER TO CONTINUE
SENTENCING                                    2